**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DWAYNE SINGLETON,

               Plaintiff,               21 **CIVIL** 0489 (JPO)

     -against-               **JUDGMENT**

CITY OF NEW YORK, et al.,

               Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 18, 2023, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
         September 18, 2023

                                                                     **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                          **BY:**

                                                                       **Deputy Clerk**